**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Nicole Miles,<br><br>    Plaintiff,<br><br>v.<br><br>Lighthouse Recovery Associates, LLC,<br><br>    Defendant. | Case No. 10-cv-3286<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and pursuant to Fed. R. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

                RESPECTFULLY SUBMITTED,

                Legal Helpers, P.C.

                By: /s/ Timothy J. Sostrin
                    Timothy J. Sostrin
                    233 S. Wacker Drive, Suite 5150
                    Chicago, IL 60606
                    Telephone: 866.339.1156
                    Email: tjs@legalhelpers.com
                    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2010, I served Defendant with the foregoing Notice by depositing a copy of the same in the United States mail addressed as follows:

Lighthouse Recovery Associates, LLC
c/o National Registered Agents, Inc.
1535 Grant St. Suite 140
Denver, CO 80206

/s/ Timothy J. Sostrin